**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Osvaldo Echenique      JOINT DEBTOR: Yaritza Ortega          CASE NO.:_____
Last Four Digits of SS# _2668_____     Last Four Digits of SS# _4648_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.       $ _470.42_     for months _1_ to _60_; in order to pay the following creditors:

Administrative:              Attorney's Fee - $ _3650_ TOTAL PAID $ _1850_____     Balance Due$ _1800__
                             payable $ _360_ /month (Months _1_ to _5_)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _None_____     Arrearage on Petition Date  $
Address:_____              Arrears Payment     $_____/month (Months _____to _____)
        _____              Regular Payment     $_____/month (Months _____to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____     Total Due  $_____
                             Payable    $_____/month (Months____to ___) Regular Payment $_____

Unsecured Creditors:  Pay $ _63.38_/month (Months _1_ to _5_) and Pay $ _423.38_ /month (Months _6_ to _60_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Regions Mortgage and CSC Logic Inc and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/Robert Sanchez, Esq.                          /s/Robert Sanchez, Esq.
Attorney for the Debtor                        Attorney for the Joint Debtor
Date: 8-19-2015 _____                     Date: 8-19-2015 _____


LF-31 (rev. 01/08/10)