UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 15-25023-AJC
  Chapter 13

    OSVALDO ECHENIQUE
    YARITZA ORTEGA
                    Debtor(s)/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of Order Continuing Confirmation Hearing [26] was sent to all interested parties on October 29, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

DEBTORS
OSVALDO ECHENIQUE
YARITZA ORTEGA
160 E 43RD STREET
HIALEAH, FL 33013-2253

All creditors on the attached creditor matrix.

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:*/s/ Robert Sanchez*_____
                Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Amexdsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Bankunited Fc<br>7765 Nw 148th St<br>Miami Lakes, FL 33016 |
| Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Broward Adjustment S<br>2876 East Oakland Park Blvd<br>Ft Lauderdale, FL 33306-1814 |
| Cap One<br>Po Box 5253<br>Carol Stream, IL 60197 | Cap One Na<br>Po Box 26625<br>Richmond, VA 23261 | Cap1/Saks<br>140 W Industrial Dr<br>Elmhurst, IL 60126 |
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Central Finl Control<br>Po Box 66044<br>Anaheim, CA 92816 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Chevron<br>Pob 5010 Room 1242<br>Concord, CA 94524 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 |
| CSC Logic Inc<br>POB 1518<br>Coppell, TX 75019 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Medicredit, Inc<br>Po Box 1629<br>Maryland Heights, MO 63043 | Merrick Bank<br>Po Box 9201<br>Old Bethpage, NY 11804 |
| Regions Mortgage<br>POB 18001<br>Hattiesburg, MS 39404-8001 | Santander Served Setf<br>Po Box 91060<br>Mobile, AL 36691 | Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896 |
| Syncb/Chevron<br>Po Box 965015<br>Orlando, FL 32896 | Syncb/Gap<br>Po Box 965005<br>Orlando, FL 32896 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 |

```
Syncb/Lowes                     Syncb/Tjx Cos                   Syncb/Walmart
Po Box 965005                   Po Box 965005                   Po Box 965024
Orlando, FL 32896               Orlando, FL 32896               Orlando, FL 32896


Td Bank Usa/Targetcred          Webbank/Dfs                     Wf/Wb/Dfs
Po Box 673                      1 Dell Way                      Po Box 3117
Minneapolis, MN 55440           Round Rock, TX 78682            Winston Salem, NC 27102


Wffnatbank                      World Omni
Po Box 94498                    Po Box 91614
Las Vegas, NV 89193             Mobile, AL 36691
```